# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    SIDNEY GARCIA
    JENNIFER GARCIA
        Debtor(s)

Case No. 10-49325

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2010.

2) The plan was confirmed on 06/02/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/23/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2011.

5) The case was converted on 12/06/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $19,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $38,409.54 |
| Less amount refunded to debtor | $588.46 |

**NET RECEIPTS:** **$37,821.08**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,484.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,517.73 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,001.73** |

Attorney fees paid and disclosed by debtor:          $16.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACUTE CARE SPECIALIST | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLENOAKS MEDICAL C | Unsecured | 1,044.92 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 180.29 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 3,387.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Secured | 17,050.00 | 17,050.00 | 17,050.00 | 17,050.00 | 779.53 |
| CREDIT UNION 1 | Secured | 8,750.00 | 8,750.00 | 8,750.00 | 8,750.00 | 433.85 |
| CREDIT UNION 1 | Unsecured | 13,471.70 | 13,579.02 | 13,579.02 | 210.83 | 0.00 |
| CREDIT UNION 1 | Unsecured | 239,295.50 | 246,514.28 | 246,514.28 | 3,826.95 | 0.00 |
| CREDIT UNION 1 | Unsecured | 8,708.00 | 8,708.92 | 8,708.92 | 135.22 | 0.00 |
| CREDIT UNION 1 | Unsecured | 8,177.00 | 28,988.61 | 28,988.61 | 450.03 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 18,666.98 | 18,666.98 | 289.78 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 19,306.42 | 19,306.42 | 299.73 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 27,426.53 | 27,426.53 | 425.77 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 8,197.95 | 8,197.95 | 127.28 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| DENTAL WORKS | Unsecured | 83.40 | NA | NA | 0.00 | 0.00 |
| DUPAGE CARDIOLOGY | Unsecured | 3,768.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 83.40 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOMEWARD RESIDENTIAL | Secured | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEWARD RESIDENTIAL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INPATIENT CONSULTANTS OF IL | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD | Unsecured | 1,044.92 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 985.01 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN CARDIOVASCULAR | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,084.00 | 1,083.99 | 1,083.99 | 16.83 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 48.16 | NA | NA | 0.00 | 0.00 |
| OFELIA B AYUSTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PREVENTIVE MED ASSOC | Unsecured | 149.40 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL CENTER OF DENTAL | Unsecured | 55.00 | 65.16 | 65.16 | 1.01 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 215.95 | 215.95 | 3.35 | 0.00 |
| REVENUE CYCLE SOLUTIONS INC | Unsecured | 2,980.37 | NA | NA | 0.00 | 0.00 |
| RONALD WINN DDS | Unsecured | 1,128.00 | 1,128.00 | 1,128.00 | 17.51 | 0.00 |
| SINAI MEDICAL GROUP | Unsecured | 4,710.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 58.84 | 46.08 | 46.08 | 0.72 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 60.00 | 61.57 | 61.57 | 0.96 | 0.00 |
| SUBURBAN RADIOLIGISTS | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRP | Unsecured | 3,723.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP LLC | Unsecured | 914.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,800.00 | $25,800.00 | $1,213.38 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,800.00** | **$25,800.00** | **$1,213.38** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$373,989.46** | **$5,805.97** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,001.73 |
| Disbursements to Creditors | $32,819.35 |
| **TOTAL DISBURSEMENTS** : | **$37,821.08** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/23/2013                         By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**